UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
PALM BEACH DIVISION

CASE NO.: 9:17-cv-80217-RLR

HOWARD COHAN,

    Plaintiff,

vs.

LUBNER GROUP, LLC,
d/b/a CLIVE DANIEL HOME,

    Defendant.
_____/

## STIPULATED ORDER DISMISSING ACTION WITH PREJUDICE WITHOUT COSTS OR FEES TO EITHER PARTY

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff, HOWARD COHAN ("Plaintiff"), and Defendant, LUBNER GROUP, LLC d/b/a CLIVE DANIEL HOME ("Defendant") stipulate and agree to dismiss this case with prejudice, each side to bear his/its own fees and costs. Therefore, Plaintiff and Defendant respectfully request this Honorable Court dismiss this case with prejudice, with each party to bear its own fees and costs.

Dated: May 22, 2017.

| WEISS LAW GROUP, P.A. | MINERLEY FEIN, P.A. |
|---|---|
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
| 5531 N. University Drive | 1200 N. Federal Highway, Suite 420 |
| Suite 103 | Boca Raton, FL 33432 |
| Coral Springs, FL 33067 | Phone: 561/362-6699 |
| Tel: (954) 573-2800 | Fax: 561/447-9884 |
| Fax: (954) 573-2798 | |
| | By: /s/ Kenneth L. Minerley |
| BY: /s/ Jason S. Weiss | Kenneth L. Minerley |
| Jason S. Weiss | Fla. Bar No. 521840 |
| Jason@jswlawyer.com | Ken@minerleyfein.com |
| Florida Bar No. 356890 | Litigation@minerleyfein.com |
| | Fileclerk@minerleyfein.com |