UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 9:17-CV-80217-ROSENBERG/HOPKINS

HOWARD COHAN,

    Plaintiff,

v.

LUBNER GROUP, LLC,
d/b/a Clive Daniel Home,

    Defendant.

_____/

**ORDER DISMISSING AND CLOSING CASE**

**THIS CAUSE** came before the Court upon the parties' Stipulated Order Dismissing Action with Prejudice Without Costs or Fees to Either Party [DE 12]. In light of the parties' stipulation, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action is **DISMISSED WITH PREJUDICE**, with each party to bear its own fees and costs.

2. The Clerk of the Court is instructed to **CLOSE THIS CASE**.

3. All pending motions are **DENIED AS MOOT**, all deadlines are **TERMINATED**, and all hearings are **CANCELLED**.

**DONE and ORDERED** in Chambers, Fort Pierce, Florida, this 22nd day of May, 2017.

_____
ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record